UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-mj-6149-RSR

UNITED STATES OF AMERICA

v.

JEAN DERISMA,

       Defendant.
_____/

## ORDER

This matter comes before the Court upon the Defendant's *Nebbia* Stipulation [D.E. 8], with no opposition from the Government. Upon review of the Stipulation, as well as the supporting documents received from Defendant, it is hereby **ORDERED AND ADJUDGED** that the *Nebbia* requirement on Defendant Jean Derisma's bond is satisfied.

**DONE AND ORDERED** this 14th day of March 2011.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record